UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER MORGAN, | |
| Plaintiff, | |
| v. | PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL |
| GEORGIA RECEIVABLES, INC., A/K/A FREDRICK J. HANNA & ASSOCIATES, | |
| Defendant. | |

CHRISTOPHER MORGAN ("Plaintiff"), through attorneys, KROHN & MOSS, LTD., alleges the following against GEORGIA RECEIVABLES, INC., A/K/A FREDRICK J. HANNA & ASSOCIATES ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business and is located in the state of Georgia, and, therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Lithonia, DeKalb County, Georgia.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company located in Marietta, Georgia.

10. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. On April 27, 2011, Defendant filed a lawsuit against Plaintiff in Gwinnett County, Georgia for failure to pay an alleged debt.

12. During May of 2011, Defendant obtained a Judgment against Plaintiff.

13. During June of 2011, Defendant started garnishing Plaintiff's wages.

14. Plaintiff has never resided in Gwinnett County; Plaintiff has lived in DeKalb County for the past sixteen (16) years.

15. Plaintiff never signed up for a credit card in Gwinnett County.

16. Defendant never made any attempts to contact Plaintiff by telephone regarding the alleged debt.

17. Plaintiff never received service of Defendant's complaint. Defendant states that the complaint was served but it was not served upon Plaintiff or Plaintiff's wife, whom are the only people that reside at Plaintiff's house.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

   a) Defendant violated §1692i(a)(2)(A-B) of the FDCPA by bringing legal action on a debt against the consumer in a judicial district in which the consumer did not sign the contract sued upon in nor where the consumer resided at the commencement of the action.

WHEREFORE, Plaintiff, CHRISTOPHER MORGAN, respectfully requests judgment be entered against Defendant, GEORGIA RECEIVABLES, INC., A/K/A FREDRICK J. HANNA & ASSOCIATES, for the following:

19. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

21. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED: September 19, 2011        By: /s/ Shireen Hormozdi
                                 Shireen Hormozdi, Esq.
                                 Georgia Bar No. 366987
                                 Krohn & Moss, Ltd
                                 10474 Santa Monica Blvd. Suite 401
                                 Los Angeles, CA 90025
                                 Tel: (323) 988-2400 x 267
                                 Fax: (866) 861-1390
                                 Email: shormozdi@consumerlawcenter.com

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF GEORGIA

Plaintiff, CHRISTOPHER MORGAN, states the following:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, CHRISTOPHER MORGAN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

8/31/11
Date

CHRISTOPHER MORGAN